FILED

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 01 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| IGNACIO CONTRERAS-HERNANDEZ, | No. 14-72019 |
| Petitioner, | Agency No. A088-994-359 |
| v. | |
| LORETTA E. LYNCH, Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 24, 2016**

Before:    LEAVY, FERNANDEZ, and RAWLINSON, Circuit Judges.

Ignacio Contreras-Hernandez, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal

from an immigration judge's ("IJ") denial of his application for cancellation of

removal.  We have jurisdiction under 8 U.S.C. § 1252.  We review for substantial

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

evidence the agency's continuous physical presence determination. *Zarate v. Holder,* 671 F.3d 1132, 1134 (9th Cir. 2012). We deny the petition for review.

Substantial evidence supports the agency's determination that Contreras-Hernandez did not demonstrate the ten years of continuous physical presence required for cancellation of removal, where Contreras-Hernandez provided insufficient testimonial evidence and no documentary evidence to corroborate his claimed entry date in 1997. *See* 8 U.S.C. §§ 1229b(b)(1)(A), 1229a(c)(4)(B).

Contreras-Hernandez's arguments regarding the IJ's credibility determination are outside the scope of our review. *See Owino v. Holder,* 771 F.3d 527, 531 (9th Cir. 2014) ("When the BIA conducts its own review of the evidence and the law, this Court's review is limited to the BIA's decision, except to the extent the IJ's opinion is expressly adopted." (quotation marks and citation omitted)).

**PETITION FOR REVIEW DENIED.**